UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DUNHAM and CHARLENE DUNHAM,<br><br>                    Plaintiffs,<br><br>     v.<br><br>CHERRY WATLEY,<br><br>                    Defendant. | No.  2:15-cv-01044 MCE CKD<br><br>ORDER |

Defendant, proceeding pro se, removed the above-entitled action from the Solano County Superior Court on May 13, 2015.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).  On May 29, 2015, the magistrate judge filed Findings and Recommendations herein (ECF No. 4), which were served on defendant and which contained notice that any objections to the Findings and Recommendations were to be filed within fourteen days.  Defendant has not filed objections to the Findings and Recommendations.

///
///
///
///
///

1

     The Court has reviewed the file and finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

     1.  The Findings and Recommendations filed May 29, 2015 (ECF No. 4) are ADOPTED IN FULL; and

     2.   The above-entitled action is summarily REMANDED to the Superior Court of California, County of Solano.

     IT IS SO ORDERED.

Dated:  June 23, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT